UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMARCUS VALENTINO BERRY,

    Plaintiff,

v.

                                            Case No. 1:24-cv-194

UNKNOWN SHAVERLIER, et al.,

                                            Hon. Hala Y. Jarbou

    Defendants.
_____/

## ORDER

On August 6, 2024, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that Plaintiff's remaining claims be dismissed with prejudice, this action be terminated, and that an appeal of this matter by Plaintiff would not be taken in good faith (ECF No. 29). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 29) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE**.

2

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal of this matter by Plaintiff would not be taken in good faith.

A judgment will issue in accordance with this Order.


Dated: August 27, 2024                         /s/ Hala Y. Jarbou
                                               HALA Y. JARBOU
                                               CHIEF UNITED STATES DISTRICT JUDGE